■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK LIDDELL, Appellant. [639 NYS2d 704] —Appeal by the defendant from a judgment of the County Court, Suffolk County (Cacciabaudo, J.), rendered February 9, 1994, convicting him of

murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the evidence was insufficient to establish that he committed murder in the second degree is unpreserved for appellate review (*see*, CPL 470.05 [2]; *People v Udzinski*, 146 AD2d 245, 250). In any event, viewing the evidence in the light most favorable to the prosecution (*see, People v Contes*, 60 NY2d 620), we find it is legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt is not against the weight of the evidence (*see*, CPL 470.15 [5]).

The defendant's sentence was not excessive (*see, People v Suitte*, 90 AD2d 80, 84). O'Brien, J. P., Copertino, Santucci and Krausman, JJ., concur.